# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Tawab Amiri, | ) Case No. 3: 24-cv-07834-WHO |
| Plaintiff, | ) |
| v. | ) **ORDER REMANDING CASE TO** |
| | ) **UNITED STATES CITIZENSHIP** |
| | ) **AND IMMIGRATION SERVICES,** |
| Merrick B. Garland, United States Attorney General, et al., | ) **PURSUANT TO 8 U.S.C. § 1447(b)** |
| Defendants. | ) |

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 29, 2025

WILLIAM H. ORRICK
United States District Judge

**[Order]**
**[24cv07834 WHO]**